

IN THE
TENTH COURT OF APPEALS

No. 10-16-00380-CR

LAWRENCE LEWIS LOVE,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 19th District Court
McLennan County, Texas
Trial Court No. 2014-1065-C1

ORDER

Appellant's Third Motion for Extension of Time to File Appellant's Brief is **denied**.

Appellant's brief is due May 30, 2017.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed May 3, 2017

